**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

**ALPHONSO TARODD TANNER,**

      **Petitioner,**

**v.**                          **Case No. 5:16cv204-MP/CAS**

**JULIE JONES,**

      **Respondent.**

_____/

**<u>REPORT AND RECOMMENDATION TO TRANSFER § 2254 PETITION</u>**

On or about July 12, 2016, Petitioner Alphonso Tarodd Tanner, proceeding pro se, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.   Petitioner has also filed a motion to proceed in forma pauperis, ECF No. 3, and a motion to exceed the page limit, ECF No. 3.

Petitioner is currently incarcerated at the Apalachee Correctional Institution in Sneads, Florida, which is located in the Northern District of Florida.   ECF No. 1; *see* 28 U.S.C. § 89(a).   Petitioner challenges a state court judgment from the Ninth Judicial Circuit Court, Orange County, Florida, which is located in the Middle District of Florida.   ECF No. 1*; see* 28 U.S.C. § 89(b).

Jurisdiction is appropriate in the district of confinement and the district of conviction.   28 U.S.C. § 2241(d) (providing that state prisoner may file

habeas petition in district where he was convicted and sentenced or in district where he is incarcerated).   In this case, however, because the district of conviction appears to be the most convenient and appropriate venue, this petition should be transferred to the United States District Court for the Middle District of Florida, Orlando Division.   *Id.*; M.D. Fla. R. 1.02(b)(3).   *See* Parker v. Singletary, 974 F.2d 1562, 1582 (11th Cir. 1992).

It is therefore respectfully **RECOMMENDED** that the case file and any service copies be **TRANSFERRED** to the United States District Court for the Middle District of Florida, Orlando Division, for all further proceedings.

**IN CHAMBERS** at Tallahassee, Florida, on July 20, 2016.

S/ Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**

<u>**NOTICE TO THE PARTIES**</u>

**Within fourteen (14) days after being served with a copy of this report and recommendation, a party may serve and file specific, written objections to the proposed findings and recommendations. A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof.   Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**

Case No. 4:16cv286-RH/CAS