UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**ALPHONSO TARODD TANNER,**

    *Petitioner,*

v.     CASE NO. 5:16-cv-00204-MP-CAS

**JULIE JONES,**

    *Respondent.*

_____/

**O R D E R**

This matter is before the Court on ECF No. 5, the Report and Recommendation of the Magistrate Judge that this matter be transferred to the Middle District of Florida. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  The time for filing objections has passed, and none have been filed.  Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

IT IS ORDERED:

The Report and Recommendation of the Magistrate Judge, ECF No. 5, is accepted and incorporated herein by reference.  The Clerk is directed to

transfer this case to the United States District Court for the Middle District of Florida.

**SO ORDERED on August 18, 2016.**

<u>s/Mark E. Walker</u>
**United States District Judge**